# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF
# MICHIGAN

TROY ETTS and LEA ETTS

Case No. 13-11588-MAG-MKM

Honorable Mark A. Goldsmith

Plaintiffs

v

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2004-NC1, POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2004; OCWEN LOAN SERVICING, LLC

Defendants

_____/

| | |
|---|---|
| LEVEL ONE LEGAL SERVICES, P.C.<br>Kelli C. Meeks (P40748)<br>Attorneys for Plaintiffs, Troy and Lea Etts<br>455 E. Eisenhower Pkwy., Ste. 240<br>Ann Arbor, MI 48108<br>(734) 274-4329 | HERTZ SCHRAM, P.C.<br>Deborah S. Lapin (P59027)<br>Attorneys for Defendants Deutsche Bank and Ocwen Loan Servicing, LLC<br>1760 S. Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000 |

_____/

## LAY WITNESS LIST
## OF PLAINTIFFS TROY ETTS AND LEA ETTS

Pursuant to the requirements of Fed. R. Civ. P. 26 and the Court's Case Management and Scheduling Order, Plaintiffs Troy and Lea Etts, by their undersigned counsel, based upon information presently available to them,

reserving their right to supplement their Lay Witness List based upon additional information that may become available through discovery or otherwise, sets forth its list of lay witnesses they expect to present at trial and those they may call, if the need arises, as marked by an asterisk. If the testimony of a witness is anticipated to be offered through deposition testimony rather than live, the name is in bold face type.

1. Lea and Troy Etts

2. Ernie Monhollen, Titanium Solutions *

3. ~~Russell Stacks, Money Management International *~~

4. Angela Zarka, Michigan Attorney General, Office of Financial and Insurance Regulation

5. Representatives, employees, agents and/or records keeper of Defendants Ocwen Loan Servicing, LLC, and Deutsche Bank National Trust Company including but not limited to Dheeraj Kumar, and including but not limited to David Co, Director

6. Representatives, employees, agents and record keepers of the Social Security Administration *

7. Representatives, employees, agents and record keepers of the Michigan Department of Treasury and the Internal Revenue *

8. Representatives, employees, agents or record keepers of Home-Owners

Insurance Company and the Knight Crockett Miller Insurance Group *

9. Representatives, employees, agents and record keeper of the Securities and Exchange Commission *

10. Representatives, employees, agents and record keepers of the Monroe County Treasurer's office  *

9.  Representatives, employees, agents and record keeper of the Monroe County Register of Deeds *

10. Representatives, employees, agents and record keepers of the ~~employers of Plaintiff Lea Etts *~~

11. Witnesses disclosed during discovery or continuing investigation including but not limited to those disclosed or identified by Defendants *

12. Rebuttal and/or impeachment witnesses.

These disclosures will be supplemented, if necessary, should discovery or investigation reveal additional witnesses, documents or elements of damages.

Dated:  August 13, 2015         Respectfully Submitted,

/s/Kelli C. Meeks
LEVEL ONE LEGAL SERVICES, P.C.
By:  Kelli C. Meeks (P40748)
Attorneys for Plaintiffs, Troy and Lea Etts
455 E. Eisenhower Pkwy., Ste 240
Ann Arbor, MI  48108
734-274-4329
kmeeks@levelonelegal.com

## CERTIFICATE OF SERVICE

On August 14, 2015, the undersigned served a copy of Plaintiffs Troy and Lea Etts' Lay Witness List and Certificate of Service of same upon the following parties by using the electronic filing system of the United States District Court addressed to Deborah S. Lapin, Esq., dlapin@hertzschram.com

                                                                           s/ Kelli C. Meeks(P40748)

August 14, 2015                                          Level One Legal Services, P.C.